IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 18-378 |
| JOHN DOE subscriber assigned | : | |
| IP address 108.2.96.229, | : | |
|     Defendant. | : | |

## ORDER

This 14th day of June, 2018, upon consideration of Defendant John Doe's Motion to Quash Subpoena or Alternatively for Protective Order, ECF No. 10,[1] it is hereby **ORDERED** as follows:

1. Defendant's Motion is **DENIED** as to the Motion to Quash Subpoena. To the extent that disclosure of Defendant's identity might implicate Defendant's privacy interests and present a risk of coercion, a protective order will address this concern. *See* Order 2 n.1, ECF No. 5; *Malibu Media, LLC v. John Does 1-16*, 902 F. Supp. 2d 690, 699 (E.D. Pa. 2012). The Internet Service Provider (ISP) is hereby directed to provide Plaintiff with Defendant's name and address.

2. Defendant's Motion is **GRANTED** as to the Motion for Protective Order. For the duration of the above-captioned case, all parties shall refer to Defendant as John Doe in any filing of record until further order of the Court, provided that, if necessary, the parties may disclose Defendant's identity in sealed or *in camera* submissions to the Court. All

---

[1] This Motion is docketed incorrectly on ECF under the designation "Motion for New Trial."

filings of record shall redact all information that may reveal Defendant's identity. Plaintiff Malibu Media shall not disseminate or use any information disclosed by the ISP or produced in discovery for any purpose other than this action.

    /s/ Gerald Austin McHugh<br>
United States District Judge